### In the Matter of Richard J. WALTERS.

**Petition for Reinstatement.**

**No. 424 Disciplinary Docket No. 3.**

Supreme Court of Pennsylvania.

Jan. 21, 2005.

### *ORDER*

PER CURIAM.

AND NOW, this 21st day of January, 2005, upon consideration of the Report and Recommendations of the Disciplinary Board of the Supreme Court of Pennsylvania dated November 10, 2004, the Petition for Reinstatement is GRANTED.

Pursuant to Rule 218(e), Pa.R.D.E., petitioner is directed to pay the expenses incurred by the Board in the investigation and processing of the Petition for Reinstatement.

■

### COMMONWEALTH of Pennsylvania, Respondent

v.

### Charles S. RENCHENSKI, Petitioner.

Supreme Court of Pennsylvania.

Jan. 25, 2005.

### *ORDER*

PER CURIAM.

AND NOW, this 25th day of January, 2005, the petition for allowance of appeal is GRANTED. The order of the Superior Court is vacated and the matter is remanded to the Superior Court for disposition on the merits in light of the fact that the appeal from the order of the Court of Common Pleas of Clearfield County was timely. *See* Pa.R.Crim.P. 114; Pa.R.A.P. 301.